ACCEPTED
03-14-00453-CV
4506763
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 10:50:12 AM
JEFFREY D. KYLE
CLERK

# KASLING, HEMPHILL, DOLEZAL & ATWELL, L.L.P.

### 301 CONGRESS AVENUE, SUITE 300
### AUSTIN, TEXAS 78701
### (512) 472-6800
### FAX: (512) 472-6823

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/16/2015 10:50:12 AM

JEFFREY D. KYLE
Clerk

March 16, 2015

**COURTS:**

U.S. District Court, Western District – Austin Division – *Efile*
Travis County District Clerk – *Efile*                              Travis County Clerk – *Efile*
The Third Court of Appeals - *Efile*                              Bexar County District Clerk - *Efile*
Harris County District Clerk – *Efile*                              Williamson County District Clerk – *Efile*
Williamson County Clerk – *Efile*                              Denton County District Clerk - *Efile*

**ATTORNEYS:**

Troy Voelker, *Efile troy@mcneryvoelker.com*          David A. Wright, *Email dwright@dwlaw.com*
Robert Vela, *Efile Robert@jptexaslaw.com*          Timothy Woods, *Email twoods@higerallen.com*
Christine Duperrior – *Efile cduperrior@bbarr.com*          Ann Taylor, *Efile ast@khkclaw.com*
Roger Geer, *Efile rgeer@thewillislawgroup.com*          Glenn Brown, *Efile glenn@hopkinswilliamson.com*
Heidi Heinrich, *Email heidi@heinrichchristian.com*          Peter Ferraro, *Efile ferrarolaw@mac.com*
Bradley James, *Email bjames@oneclickcleaners.com*          Greg Sapire, *Efile greg.sapire@klgates.com*
Angela Thompson, *Email a_thompsonbws@yahoo.com*          Lena Pavlova, *Email lena.pavlova@enersafe.com*
Greg Kondoff, *Email vp@grandtexan.com*          Scott Herlihy, *Efile sbhlaw@me.com*
Michael Burnett, *Efile mburnett@pbtbm.com*          Joe Michels, Jr., *Efile joe@michelsfirm.com*
Robert Blankenship, *Email rblankenship14@gmail.com*          John D. Guerrini, *Email Guerrini@guerrinilaw.com*
Steven G. Baughman, *Efile sbaughmanlaw@comcast.com*          Bryan E. Eggleston, *Efile bryan@lonestarlawfirm.com*
Susannah A. Stinson, *Efile Susannah@susannahstinson.com*          Jerry Frank Jones, *Efile jerry@jerryfrankjones.com*
Richard E. Greenblum, *Efile richard@richardgreenblum.com*
L. Alan Grundy, Asst. AG, *Efile alan.grundy@texasattorneygeneral.gov*
David Schubert & Stephen Burnett, *Efile dschubert@schubertevans.com and sburnett@schubertevans.com*
Sheryl Rasmus and Jean Kelly, *Efile sgrasmus@rasmusfirm.com and jkelly@rasmusfirm.com*
John P. Henry and Christine Gonzales, *Efile jhenry@jhenrylaw.com; cgonzales@jhenrylaw.com*
Jodi Lazar and Mairin Peevey, *Efile jodi@lazarlaw.com and mairin@lazarlaw.com*
Alan Braun and Kathleen Miele, *Efile alanb@jeffdavislawfirm.com and kathleenm@jeffdavislawfirm.com*

**RE:    VACATION LETTER**

Dear All:

I will be on vacation the following dates:  (1) March 16, 2015 through March 20, 2015 and (2) June 2, 2015 through June 11, 2015.  Please do not set anything during these weeks.

Thank you for your assistance in this matter and please call if you have any questions.

Sincerely,

Trey Dolezal

TLD/mac